# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 165 MM 2014
EX REL: HECTOR MELENDEZ CADIZ, :
:
           Petitioner :
:
:
:
      v. :
:
:
:
SCI BENNER FACILITY MANAGER :
FERGUSON, DISTRICT ATTORNEY OF :
MONTGOMERY COUNTY, AND :
KATHLEEN KANE, ATTORNEY :
GENERAL, :
:
         Respondents :

## ORDER

**PER CURIAM**

    **AND NOW**, this 24th day of November, 2014, the Application for Leave to File Original Process is **GRANTED**, and the Petition for Writ of Habeas Corpus is **DENIED**.